AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

MAY 15 2008

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| MARCOS AURELIO REYNOSO-MARTINEZ | CASE NUMBER: 08cr1591-LAB |

I, <u>MARCOS AURELIO REYNOSO-MARTINEZ</u>, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____5/15/08_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Marcos Reynoso M_
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER