1    KAREN P. HEWITT
United States Attorney
2    W. MARK CONOVER
Assistant United States Attorney
3    California State Bar No. 236090
United States Attorney's Office
4    880 Front Street, Room 6293
San Diego, California 92101-8893
5    Telephone: (619) 557-5200
Facsimile:  (619) 235-2757
6    Email: Mark.Conover@usdoj.gov

7    Attorneys for Plaintiff
United States of America

8

9

10                  UNITED STATES DISTRICT COURT

11               SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1591-LAB |
| 13            Plaintiff, | ) ) | |
| 14        v. | ) ) | **NOTICE OF APPEARANCE** |
| 15 MARCOS AURELIO | ) ) | |
| 16      REYNOSO-MARTINEZ, | ) ) | |
|            Defendant. | ) | |
| 17 ————————————————— | ) | |

18    TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

19        I, the undersigned attorney, enter my appearance as lead counsel for the United States in the

20    above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice

21    under CivLR 83.3.c.3-4.

22        The following government attorneys (who are admitted to practice in this court or authorized to

23    practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel

24    for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this

25    case:

26       Name

27       None.

28

1    Effective this date, the following attorneys are no longer associated with this case and should not

2  receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.

3  Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

4    Name

5    None.

6

7    Please call me at the above-listed number if you have any questions about this notice.

8    DATED: June 3, 2008.

Respectfully submitted,

9

10   KAREN P. HEWITT
     United States Attorney

11   /s/ *W. Mark Conover*

12   W. MARK CONOVER
     Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Notice of Appearance
     United States v. Reynoso-Martinez          2          08CR1591-LAB

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR1591-LAB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| MARCOS AURELIO | ) | |
| REYNOSO-MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, W. Mark Conover, am a citizen of the United States and am at least eighteen years of age.

My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of
Appearance as lead counsel for the United States, dated June 3, 2008, and this Certificate of
Service, dated June 3, 2008, on the following parties by electronically filing the foregoing with the
Clerk of the District Court using its ECF System, which electronically notifies them:

**Linda Lopez**

Federal Defenders of San Diego
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619)234-8467
Email: Linda_Lopez@fd.org
*Attorneys for defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2008.

/s/ *W. Mark Conover*

W. MARK CONOVER
Assistant United States Attorney

Notice of Appearance
United States v. Reynoso-Martinez              3              08CR1591-LAB