**DAVID M.C. PETERSON**
California Bar No. Pending
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone:   (619) 234-8467
Facsimile:    (619) 687-2666
Email:         David_Peterson@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR1591-LAB |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE AND** |
| MARCOS AURELIO REYNOSO-MARTINEZ, ) | **ATTORNEY REPLACEMENT** |
| Defendant. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, notice is hereby given that David M.C. Peterson, Federal Defenders of San Diego, Inc., is replacing Linda Lopez as lead counsel in the above-captioned case.

Respectfully submitted,

Dated: June 27, 2008      */s/ DAVID M. C. PETERSON*
                                          DAVID M.C. PETERSON
                                          Federal Defenders of San Diego, Inc.
                                          Attorneys for Defendant
                                          David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  June 27, 2008            /s/ DAVID M. C. PETERSON
DAVID M.C. PETERSON
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
David_Peterson@fd.org (email)