# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA    )    CASE NUMBER  08CR1591-LAB
                            )
vs                          )    ABSTRACT OF ORDER
                            )
Marcos Reynoso-Martinez     )    Booking No.  08242298
                            )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  6/30/08
the Court entered the following order:

___✓___ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
        _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

___✓___ Other. Prob 5 years.

                                                    LARRY A. BURNS
                                                    UNITED STATES ~~MAGISTRATE~~ JUDGE
                                                    DISTRICT
                                                          OR
Received _____                          W. SAMUEL HAMRICK, JR.  Clerk
           DUSM                                     by
                                                             Deputy Clerk    T. WASHAM

Crim-9  (Rev 6-95)                                          ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY